IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GREENE COUNTY TECH SCHOOL DISTRICT**                                                           **PLAINTIFF**

v.                          Case No. 3:17-cv-00047-KGB

**MW, an adult; and**
**CARLA WILSON, mother of MW**                                                                        **DEFENDANTS**

## ORDER

Before the Court is plaintiff Greene County Tech School District's motion to file exhibits under seal (Dkt. No. 6). The motion indicates that certain exhibits to be attached to a forthcoming motion contain sensitive medical information of the defendant, MW. For good cause shown, the Court grants the motion pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure (Dkt. No. 6). The Clerk is directed to accept under seal the exhibits attached to Greene County Tech School District's forthcoming motion for injunctive relief.

It is so ordered this the 30th day of March, 2017.

_____
Kristine G. Baker
United States District Judge