**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**GREENE COUNTY TECH SCHOOL DISTRICT**                                              **PLAINTIFF**

v.                             **Case No. 3:17-cv-00047-KGB**

**MW, an adult, and CARLA WILSON, mother of MW**                          **DEFENDANTS**

**JUDGMENT**

Because no party timely appealed the Final Decision and Order in the Arkansas Department of Education, Special Education Unit, Case Number H-17-27, issued on November 3, 2017, addressing this dispute among the parties, the Court dismisses plaintiff Greene County Tech School District's claims and this action. For the reasons set forth in this Court's Order entered this same date, the Court also dismisses the counterclaim and third-party complaint filed by defendants MW, an adult, and Carla Wilson, mother of MW.

It is so ordered this 31st day of May, 2020.

_____
Kristine G. Baker
United States District Judge